File Hashes for IP Address 24.148.56.118

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/26/2013 13:44:45 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 02/08/2013 13:29:13 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 02/06/2013 19:54:08 | 724B8093D246C7D4EFE6D66FE478F55FBDCAB352 | Wild at Heart |
| 02/06/2013 19:36:48 | 928F8A9DE02A830880D61CB6F25FFDF4B452780D | Transcendence |
| 11/26/2012 17:26:07 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 11/07/2012 19:36:52 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 11/07/2012 04:23:19 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 11/06/2012 20:59:59 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/12/2012 17:06:58 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 09/22/2012 00:18:24 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 09/22/2012 00:18:19 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 09/21/2012 17:11:36 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 08/24/2012 14:51:46 | 5580FD21A474BCE90F603B07F66CF8F858973C32 | Unbelievably Beautiful |
| 07/07/2012 19:12:12 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy |
| 06/13/2012 14:47:35 | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | California Dreams |
| 06/13/2012 14:45:02 | 4706491E8D3A2D21A3BCCC444F08E25E3D93B926 | Fucking Perfection |
| 06/13/2012 14:03:03 | 21629FC4676869D8336961DB2AE8F2EC14770F19 | Sneak N Peek |
| 06/13/2012 14:01:48 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

NIL52