**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | <u>Civil Action No. 1:13-cv-02611</u> |
| | : | Judge John J. Tharp, Jr. |
| JOHN DOE, subscriber assigned IP address | : | |
| 24.148.56.118, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.148.56.118. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 10, 2013

                    Respectfully submitted,

                    By:  /s/ *Mary K. Schulz*
                    Mary K. Schulz
                    Schulz Law, P.C.
                    1144 E. State Street, Suite A260

                                        Geneva, IL 60134
                                        Phone: 224-535-9510
                                        Email: SchulzLaw@me.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Mary K. Schulz*
                                        Mary K. Schulz